UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANZAS CHINA LIMITED,

      Plaintiff,

 -against-

PARKROAD CORPORATION,

      Defendant.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09
```

08 Civ. 9529 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

  On September 9, 2009, this Court entered an Order directing plaintiff to provide the Court with a written status report by the close of business on Wednesday, September 16, 2009, and informed plaintiff that if it fails to do so by September 16, the order of attachment, along with the attachment and garnishment of all property will be vacated and the action dismissed, without prejudice and without costs.

  As of September 21, the Court has received no further communication from plaintiff. Accordingly, it is hereby ordered that:

  1. The order for process of maritime attachment dated November 16, 2008, is vacated;

  2. Plaintiff is directed to promptly release all property of defendant attached pursuant to the November 16, 2008 order.

  3. The action is dismissed, without prejudice and without costs, for failure to prosecute.

SO ORDERED.

Dated: New York, New York
   September 21, 2009

                  _____
                  GERARD E. LYNCH
                  United States District Judge